JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
OLIVER WHITCOMB and AMY CLIFFORD, on behalf of M.W. (Minor)

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Bernard J. Everett of EVERETT COOK LAW
217 E. Park St., Anaconda, MT 59711, (406) 299-2770

## DEFENDANTS
INNERCHANGE CHRYSALIS, LLC d/b/a CHRYSALIS THERAPEUTIC BOARDING SCHOOL, et al.

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT

**CONTRACT**: 110, 120, 130, 140, 150, 151, 152, 153, 160, 190, 195, 196
**TORTS — PERSONAL INJURY**: 310, 315, 320, 330, 340, 345, 350, 355, [x] 360 Other Personal Injury, 362
**TORTS — PERSONAL INJURY (cont.)**: 365, 367, 368
**PERSONAL PROPERTY**: 370, 371, 380, 385
**REAL PROPERTY**: 210, 220, 230, 240, 245, 290
**CIVIL RIGHTS**: 440, 441, 442, 443, 445, 446, 448
**PRISONER PETITIONS — Habeas Corpus**: 463, 510, 530, 535, 540, 550, 555, 560
**FORFEITURE/PENALTY**: 625, 690
**LABOR**: 710, 720, 740, 751, 790, 791
**BANKRUPTCY**: 422, 423
**PROPERTY RIGHTS**: 820, 830, 835, 840, 880
**SOCIAL SECURITY**: 861, 862, 863, 864, 865
**FEDERAL TAX SUITS**: 870, 871
**IMMIGRATION**: 462, 465
**OTHER STATUTES**: 375, 376, 400, 410, 430, 450, 460, 470, 480, 485, 490, 850, 890, 891, 893, 895, 896, 899, 950

## V. ORIGIN
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 U.S.C. § 1332

Brief description of cause:
Negligence against therapeutic boarding school for sexual abuse of minor female

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ in excess of $75,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 04/25/2023
SIGNATURE OF ATTORNEY OF RECORD: /s/ Bernard J. (Bud) Everett

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____