IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| OLIVER WHITCOMB and AMY CLIFFORD, on behalf of M.W., a minor,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>INNERCHANGE CHRYSALIS, LLC, d/b/a CHRYSALIS THERAPEUTIC BOARDING SCHOOL; CHANGE ACADEMY AT LAKE OF THE OZARKS, LLC and SOLACIUM HOLDINGS, LLC, d/b/a EMBARK BEHAVIORAL HEALTH; INNERCHANGE VIVE, LLC; COREY HICKMAN; and AMBERLI WYATT,<br><br>　　　　　　　Defendants. | CV 23–39–M–DLC<br><br><br>ORDER |

　　　Plaintiffs move for the admission of Andrea S. Bryan to practice before this Court in this case, with Bernard J. Everett of Everett Cook Law to act as local counsel. (Doc. 3.) Ms. Bryan's application complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3).

　　　Accordingly, IT IS ORDERED that the motion (Doc. 3) is GRANTED on the condition that Ms. Bryan does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear

1

and participate personally. If she has not already done so, Ms. Bryan shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Bryan files a separate pleading acknowledging her admission under the terms set forth above within fifteen days of this Order.

    DATED this 2nd day of May, 2023.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court