IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| OLIVER WHITCOMB and AMY CLIFFORD, on behalf of M.W., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>INNERCHANGE CHRYSALIS, LLC, d/b/a CHRYSALIS THERAPEUTIC BOARDING SCHOOL; CHANGE ACADEMY AT LAKE OF THE OZARKS, LLC and SOLACIUM HOLDINGS, LLC, d/b/a EMBARK BEHAVIORAL HEALTH; INNERCHANGE VIVE, LLC; COREY HICKMAN; and AMBERLI WYATT,<br><br>Defendants. | CV 23–39–M–DLC<br><br>ORDER |

Before the Court is Defendants' Unopposed Motion for Leave to File Under Seal. (Doc. 13.) The motion requests that the Court seal Doc. 10 and all attachments because a minor child's name was erroneously disclosed. (*Id.* at 1.) Plaintiffs do not oppose. (*Id.* at 2.) The Court notes that Doc. 10 has been sealed by Court staff per counsel's telephonic request, and the Court will grant the motion and maintain Doc. 10 under seal.

1

Accordingly, IT IS ORDERED that the motion (Doc. 13) is GRANTED. The filing entered at Doc. 10 shall remain under seal.

DATED this 8th day of August, 2023.

_____
Dana L. Christensen, District Judge
United States District Court