IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| OLIVER WHITCOMB and AMY CLIFFORD, on behalf of M.W., a minor,<br><br>     Plaintiffs,<br><br>vs.<br><br>INNERCHANGE CHRYSALIS, LLC, d/b/a CHRYSALIS THERAPEUTIC BOARDING SCHOOL; CHANGE ACADEMY AT LAKE OF THE OZARKS, LLC and SOLACIUM HOLDINGS, LLC, d/b/a EMBARK BEHAVIORAL HEALTH; INNERCHANGE VIVE, LLC; COREY HICKMAN; and AMBERLI WYATT,<br><br>     Defendants. | CV 23–39–M–DLC<br><br><br><br>ORDER |

  Before the Court is Plaintiffs' unopposed motion for in camera review. (Doc. 52.) For good cause showing,

  IT IS ORDERED that the motion (Doc. 52) is GRANTED. Non-party Montana Department of Public Health and Human Services is hereby ordered to produce unredacted copies of all records relating to complaints and investigations from 2015 to present regarding Innerchange Chrysalis and its employee Tyler

1

Wedemeyer, involving individuals other than M.W., to the Court for an *in camera* review pursuant to Mont. Code Ann. § 41-3-205(2) on or before August 22, 2025.

IT IS FURTHER ORDERED that all such records produced by non-party Montana Department of Public Health and Human Services in response to this Order shall remain under seal pursuant to Fed. R. Civ. P. 5.2(d).

DATED this 6th day of August, 2025.

_____
Dana L. Christensen, District Judge
United States District Court