IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| OLIVER WHITCOMB and AMY CLIFFORD, on behalf of M.W., a minor,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>INNERCHANGE CHRYSALIS, LLC, d/b/a CHRYSALIS THERAPEUTIC BOARDING SCHOOL; CHANGE ACADEMY AT LAKE OF THE OZARKS, LLC and SOLACIUM HOLDINGS, LLC, d/b/a EMBARK BEHAVIORAL HEALTH; INNERCHANGE VIVE, LLC; COREY HICKMAN; and AMBERLI WYATT,<br><br>　　　　　　Defendants. | CV 23–39–M–DLC<br><br><br>ORDER |

　　On August 6, 2025, the Court granted Plaintiffs' unopposed motion for *in camera* review of Montana Department of Public Health and Human Services ("DPHHS") Records. (Doc. 53.) The Court has since reviewed these records and rules as follows:

　　1. Under Montana Code Annotated § 41-3-205(2), an exception to the confidentiality requirements that govern child abuse and neglect reports and investigations has been met because the attached documents are

1

relevant and necessary for the fair resolution of issues presented in this litigation;[1]

2. All documents provided to the Court by DPHHS have been reviewed by the Court, and all of them are attached, unredacted, in the same manner they were produced to the Court; and

3. The attachments are filed under seal. The Parties will take the necessary steps to ensure the confidentiality of the contents, and the individuals involved are preserved.

DATED this 15th day of September, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

---

[1] By finding an exception to the confidentiality requirement, the Court is not reaching any determination regarding the admissibility of these documents at trial.