IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| OLIVER WHITCOMB and AMY CLIFFORD, on behalf of M.W., a minor, | CV 23–39–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| INNERCHANGE CHRYSALIS, LLC, d/b/a CHRYSALIS THERAPEUTIC BOARDING SCHOOL; CHANGE ACADEMY AT LAKE OF THE OZARKS, LLC and SOLACIUM HOLDINGS, LLC, d/b/a EMBARK BEHAVIORAL HEALTH; INNERCHANGE VIVE, LLC; COREY HICKMAN; and AMBERLI WYATT, | |
| Defendants. | |

Before the Court is Plaintiffs' motion for stay. (Doc. 74.) Through the motion, Plaintiffs inform the Court that the Parties have reached a resolution in this matter. (*Id.* at 2.)

Accordingly, IT IS ORDERED that all upcoming proceedings and deadlines in this matter are STAYED.

IT IS FURTHER ORDERED that on or before December 19, 2025, Plaintiffs shall file dismissal papers or a joint status report.

1

IT IS FURTHER ORDERED that all pending motions are DENIED as

MOOT.

DATED this 24th day of November, 2025.

_____
Dana L. Christensen, District Judge
United States District Court