IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| OLIVER WHITCOMB and AMY CLIFFORD, on behalf of M.W., a minor, | CV 23–39–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| INNERCHANGE CHRYSALIS, LLC, d/b/a CHRYSALIS THERAPEUTIC BOARDING SCHOOL; CHANGE ACADEMY AT LAKE OF THE OZARKS, LLC and SOLACIUM HOLDINGS, LLC, d/b/a EMBARK BEHAVIORAL HEALTH; INNERCHANGE VIVE, LLC; COREY HICKMAN; and AMBERLI WYATT, | |
| Defendants. | |

Before the Court is the Parties' Stipulation and Joint Motion for Order of Dismissal with Prejudice. (Doc. 76.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants jointly stipulate to the dismissal of any and all claims in this case with prejudice, with each party to bear their own fees and costs. (*Id.* at 2.)

1

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close this case file.

DATED this 18th day of December, 2025.

                                                            _____
                                                            Dana L. Christensen, District Judge
                                                            United States District Court